FILED
2022 Aug-30  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **TERRI MCGUIRE-MOLLICA,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:20-cv-01672-RDP-SGC |
| **PATRICIA V. BRADLEY,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on August 2, 2022, recommending the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Petitioner be denied in part and dismissed without prejudice in part, and that Petitioner's request for a preliminary injunction and temporary restraining order be denied as moot. (Doc. 6). Although the Magistrate Judge advised Petitioner of her right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, the court finds the § 2241 petition is due to be denied in part and dismissed without prejudice in part and that Petitioner's request for a preliminary injunction and temporary restraining order is due to be denied as moot.

A final judgment will be entered.

**DONE** and **ORDERED** this August 30, 2022.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE